Benjamin Goldstein
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
455 Market St., Ste. 1150
San Francisco, California 94105
Telephone: 800.479.9533
Email: bgoldstein@simmonsfirm.com

Attorneys for Plaintiff
Compression Technology Solutions, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPRESSION TECHNOLOGY SOLUTIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CA, INC., EMC CORPORATION, HEWLETT-PACKARD COMPANY, INTERNATIONAL BUSINESS MACHINES CORP., NETAPP, INC., QUANTUM CORP., AND QUEST SOFTWARE, INC.,<br><br>*Defendants*. | Civil Action No: 7:12-cv-1746-TOY<br><br>JURY TRIAL DEMANDED<br><br>**JOINT STIPULATED MOTION TO DISMISS DEFENDANT HEWLETT PACKARD COMPANY WITH PREJUDICE'CPF'QTFGT** |

Plaintiff Compression Technology Solutions LLC and Defendant Hewlett Packard Company hereby inform the court that they have settled all claims for relief asserted in this cause, and request that the Court dismiss Defendant Hewlett Packard Company from this action with prejudice.

WHEREFORE, the parties jointly request that all claims for relief asserted against Hewlett Packard Company by Compression Technology Solutions, LLC and against Compression Technology Solutions, LLC by Hewlett Packard Company be dismissed with prejudice, and that all attorneys' fees, costs of Court, and expenses shall be borne by each party incurring the same.

Dated: June 15, 2012                      Respectfully submitted,

By: /s/ *Stephen C. Smith*
Paul A. Lesko, *pro hac vice*
Jo Anna Pollock, *pro hac vice*
Stephen C. Smith, *pro hac vice*
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
One Court Street
Alton, IL 62002
618-259-2222
618-259-2251 (fax)
plesko@simmonsfirm.com
jpollock@simmonsfirm.com
ssmith@simmonsfirm.com

*Attorneys for Plaintiff*
*Compression Technology Solutions, LLC*

Of Counsel:
Jesse J. Jenner
Josef B. Schenker
ROPES & GRAY LLP
1211 6th Ave.
New York, NY 10036
212.596.9000
212.596.9090 – *facsimile*
jesse.jenner@ropesgray.com

By: /s/ *Matthew R. Clements (with permission)*
Matthew R. Clements
ROPES & GRAY LLP
1900 University Ave.
6th Floor
East Palo Alto, CA 94303
650.617.4000
650.617.4090- *facsimile*
matthew.clements@ropesgray.com

*Attorneys for Defendant*
*Hewlett Packard Company*

2

SO ORDERED this \_\_\_\_ day of _____, 2012.

_____
United States District Judge