Paul A. Lesko
plesko@simmonsfirm.com
Jo Anna Pollock
jpollock@simmonsfirm.com
Stephen C. Smith
ssmith@simmonsfirm.com
SIMMONS BROWDER GIANARIS ANGELIDES
& BARNERD LLC
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff Compression Technology Solutions, LLC*

Gregory S. Bishop; gbishop@goodwinprocter.com
Thomas F. Fitzpatrick;
tfitzpatrick@goodwinprocter.com
Charles F. Koch; ckoch@goodwinprocter.com
Daniel W. Richards;
drichards@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
(650) 752-3100
*Attorneys for Defendant NetApp, Inc.*

Jesse J. Jenner
jesse.jenner@ropesgray.com
Khue V. Hoang; khue.hoang@ropesgray.com
Josef B. Schenker
josef.schenker@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

James Batchelder
james.batchelder@ropesgray.com
Matthew R. Clements;
matthew.clements@ropesgray.com
ROPES & GRAY LLP
1900 University Ave, 6th Floor
East Palo Alto, CA 94303
(650) 617-4000
*Attorneys for Defendant EMC Corporation*

Daralyn J. Durie
ddurie@durietangri.com
Clement S. Roberts
croberts@durietangri.com
Lara A. Rogers
lrogers@durietangri.com
Brian C. Howard
bhoward@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666
*Attorneys for Defendant Quantum Corp.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPRESSION TECHNOLOGY SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>EMC CORPORATION, NETAPP, INC., AND QUANTUM CORP.,<br><br>Defendants. | Case No. 5:12-cv-01746-RMW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR INVALIDITY CONTENTIONS AND DOCUMENTS ACCOMPANYING INVALIDITY CONTENTIONS**<br><br>Ctrm:   Courtroom 6 - 4th Floor<br>Judge:  Honorable Ronald M. Whyte |

1  WHEREAS the Court issued a Scheduling Order on October 11, 2012 setting the dates for discovery deadlines;

WHEREAS the current deadline for service of Invalidity Contentions and production of Documents Accompanying Invalidity Contentions pursuant to Patent L.Rs. 3-3 and 3-4 is November 26, 2012;

WHEREAS on September 17, 2012 the Defendants filed a motion for summary judgment of invalidity;

WHEREAS on October 19, 2012 the Plaintiff filed a motion to stay the November 2, 2012 hearing on Defendants' motion for summary judgment;

WHEREAS on November 2, 2012 the Court heard oral arguments on Defendants' motion for summary judgment and Plaintiff's motion to stay; and

WHEREAS the parties have stipulated, pursuant to Civil L.R. 6-2, to extend the time for Defendants to serve Invalidity Contentions pursuant to Patent L.R. 3-3 and to produce Documents Accompanying Invalidity Contentions pursuant to Patent L.R. 3-4 until 20 days after the Court issues its ruling on Defendants' motion for summary judgment of invalidity;

NOW, THEREFORE, the parties hereby STIPULATE AND AGREE, and request the Court to order, as follows:

The deadline for Defendants to serve Invalidity Contentions and produce Documents Accompanying Invalidity Contentions, pursuant to Patent L.Rs. 3-3 and 3-4, shall be stayed until 20 days after the Court's ruling on Defendants' motion for summary judgment of invalidity. All dates following the disclosure of Invalidity Contentions shall be stayed pending adjudication of Defendants' summary judgment motion.

///
///
///
///
///
///

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR INVALIDITY CONTENTIONS AND DOCUMENTS ACCOMPANYING INVALIDITY CONTENTIONS / CASE NO. 5:12-CV-01746- RMW

| | |
|---|---|
| Dated: November 14, 2012 | ROPES & GRAY |
| | By: /s/ Khue V. Hoang |
| | KHUE V. HOANG |
| | Attorneys for Defendant<br>EMC CORPORATION |
| Dated: November 14, 2012 | DURIE TANGRI LLP |
| | By: /s/ Clement S. Roberts |
| | CLEMENT S. ROBERTS |
| | Attorneys for Defendant<br>QUANTUM CORP. |
| Dated: November 14, 2012 | GOODWIN PROCTOR LLP |
| | By: /s/ Gregory S. Bishop |
| | GREGORY S. BISHOP |
| | Attorneys for Defendant<br>NETAPP, INC. |
| Dated: November 14, 2012 | SIMMONS BROWDER GIANARIS<br>ANGELIDES & BARNERD LLC |
| | By: /s/ Paul A. Lesko |
| | PAUL A. LESKO |
| | Attorneys for Plaintiff<br>COMPRESSION TECHNOLOGY<br>SOLUTIONS, LLC |

**IT IS SO ORDERED.**

DATED: November 19, 2012

*[Signature: Ronald M. Whyte]*

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Clement S. Roberts, attest that concurrence in the filing of this document has been obtained.

Dated: November 14, 2012                                        */s/ Clement S. Roberts*
                                                                            CLEMENT S. ROBERTS

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on November 14, 2012 with a copy of this document via the Court's CM/ECF system.

Dated: November 14, 2012                                        */s/ Clement S. Roberts*
                                                                            CLEMENT S. ROBERTS