Paul A. Lesko
plesko@simmonsfirm.com
Jo Anna Pollock
jpollock@simmonsfirm.com
Stephen C. Smith
ssmith@simmonsfirm.com
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff Compression Technology Solutions, LLC*

Gregory S. Bishop;
gbishop@goodwinprocter.com
Thomas F. Fitzpatrick;
tfitzpatrick@goodwinprocter.com
Charles F. Koch; ckoch@goodwinprocter.com
Daniel W. Richards;
drichards@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
(650) 752-3100
*Attorneys for Defendant NetApp, Inc.*

Jesse J. Jenner
jesse.jenner@ropesgray.com
Khue V. Hoang; khue.hoang@ropesgray.com
Josef B. Schenker
josef.schenker@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

James Batchelder
james.batchelder@ropesgray.com
Matthew R. Clements;
matthew.clements@ropesgray.com
ROPES & GRAY LLP
1900 University Ave, 6th Floor
East Palo Alto, CA 94303
(650) 617-4000
*Attorneys for Defendant EMC Corporation*

Daralyn J. Durie
ddurie@durietangri.com
Clement S. Roberts
croberts@durietangri.com
Lara A. Rogers
lrogers@durietangri.com
Brian C. Howard
bhoward@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666
*Attorneys for Defendant Quantum Corp.*

*E-FILED - 1/29/13*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

COMPRESSION TECHNOLOGY SOLUTIONS LLC,

Plaintiff,

v.

EMC CORPORATION, NETAPP, INC., AND QUANTUM CORP.,

Defendants.

Case No. 5:12-cv-01746-RMW

**STIPULATION TO EXTEND TIME FOR MEDIATION AND ORDER**

WHEREAS the Court issued a Scheduling Order on October 11, 2012 setting the date for mediation;

WHEREAS the current deadline for mediation is February 1, 2013;

WHEREAS on September 17, 2012 the Defendants filed a motion for summary judgment of invalidity;

WHEREAS on November 2, 2012 the Court heard oral arguments on Defendants' motion for summary judgment;

WHEREAS on November 19, 2012, the Court granted a stay of the deadline for Defendants to serve Invalidity Contentions and produce Documents Accompanying Invalidity Contentions, pursuant to Patent L.Rs. 3-3 and 3-4, as well as all dates following the disclosure of Invalidity Contentions, pending adjudication of Defendants' summary judgment motion;

WHEREAS on January 15, 2012, the ADR Case Administrator notified by the parties by electronic mail that M. Scott Donahey has been appointed to serve as mediator in this case;

WHEREAS the parties have stipulated to extend the deadline for mediation from February 1, 2013 until 60 days after the Court's issuance of a claim construction order in this case;

WHEREAS the parties were directed by the ADR Case Administrator to file not later than January 23, 2013, a stipulation and proposed order requesting that the deadline be extended;

WHEREAS the parties inadvertently missed the January 23, 2013 deadline to file this stipulation and proposed order;

WHEREAS the parties contacted the ADR Case Administrator by telephone on January 25, 2013 to request permission to file this stipulation and proposed order herewith;

WHEREAS such permission was granted by the ADR Case Administrator;

NOW, THEREFORE, the parties hereby STIPULATE AND AGREE, and request the Court to order, as follows:

The deadline for Defendants to individually engage in mediation pursuant to ¶ 3 of the Court's October 11, 2012 Scheduling Order and ADR Local Rule 6 shall be extended until 60

days after the Court's ruling on claim construction.

Dated: January 25, 2013

ROPES & GRAY

By: */s/ Khue V. Hoang*
KHUE V. HOANG

Attorneys for Defendant
EMC CORPORATION

Dated: January 25, 2013

DURIE TANGRI LLP

By: */s/ Clement S. Roberts*
CLEMENT S. ROBERTS

Attorneys for Defendant
QUANTUM CORP

Dated: January 25, 2013

GOODWIN PROCTOR LLP

By: */s/ Gregory S. Bishop*
GREGORY S. BISHOP

Attorneys for Defendant
NETAPP, INC.

Dated: January 25, 2013

SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC

By: */s/ Paul A. Lesko*
PAUL A. LESKO

Attorneys for Plaintiff
COMPRESSION TECHNOLOGY SOLUTIONS, LLC

**IT IS SO ORDERED.**

DATED: 1/29/13

Ronald M. Whyte

UNITED STATES DISTRICT JUDGE